# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY PRENTICE,

    Plaintiff,

v.

REGINA BARRETT et al.,

    Defendants.

2:16-cv-01390-APG-GWF

**ORDER**

This matter is before the Court on the parties' failure to comply with the Court's order instructing the parties to file a stipulation to dismiss no later than July 24, 2017.

On May 26, 2017, the parties participated in an early mediation conference and reached a settlement. *See* ECF No. 19. On June 26, 2017, Defendants requested a four week extension of the stay as well as an additional four weeks to file settlement documents. ECF No. 22. On June 28, 2017, the Court granted Defendants' request and instructed the parties to file a stipulation to dismiss no later than July 24, 2017. ECF No. 23. To date, the parties have failed to comply. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file their stipulation to dismiss or, in the alternative, a status report regarding the execution of settlement documents no later than **August 11, 2017**. Failure to comply may result in the issuance of an order to show cause why this case should not be returned to the litigation track or dismissed for want of prosecution.

DATED this 2nd day of August, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge