ADAM PAUL LAXALT
  Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendants, Regina Barrett, Renee Baker, Pam Del Porto, Michael Oxborrow, and Chad Smith*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PRENTICE<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel., NEVADA DEPT. OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 2:16-cv-01390-APG-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Defendants, Regina Barrett, Renee Baker, Pam Del Porto, Michael Oxborrow, and Chad Smith, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 22 day of August, 2017.

By: /s/ Anthony Prentice
Anthony Prentice (#74880)
Plaintiff

DATED this 6th day of September, 2017.

OFFICE OF THE ATTORNEY GENERAL

By: /s/ Erin L. Albright
Erin L. Albright, SBN 9953
100 N. Carson Street
Carson City, NV 89701
(775) 684-1257
ealbright@ag.nv.gov
Attorneys for Defendants

# ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this  6th  day of  September , 2017.

_____
UNITED STATES DISTRICT JUDGE